IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CURTIS WAYNE DALE SMITH, JR                                                                 PLAINTIFF

v.                                              Case No. 4:24-cv-04020

JAIL ADMINISTRATOR JANA TALLANT;
JOHN OR JANE DOE ADMINISTRATIVE
STAFF; JAILER LANDON TOLLETTE;
JAILER JORDAN NEIL; and JAILER
REBECCA CASTLEMAN                                                                            DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Bryant recommends that Plaintiff's claims against all Defendants be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(2) for failure to state a claim upon which relief may be granted.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Plaintiff's Complaint (ECF No. 6) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge